In the Matter of the Accounting of LOUIS B. HASBROUCK, as Executor of BENJAMIN F. CURTIS, Deceased.

WILLIAM D. SPORBORG et al., Appellants; FRANK W. BAUM, Individually and as Committee of ANNIE E. CURTIS, an Incompetent, Respondent.

*Matter of Hasbrouck,* 153 App. Div. 394, appeal dismissed.
(Argued April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 30, 1912, which reversed so much of a decree of the Queens County Surrogate's Court as adjudged that the appellants herein have a lien upon the interest of the respondent in certain stock being a part of the estate of Benjamin F. Curtis, deceased.

*William D. Sporborg* for appellants.

*Alexander Thain* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ. Absent: GRAY, J.

---

REBECCA S. WOOD, as Executrix of WILBUR B. WOOD, Deceased, et al., Respondents, *v.* CHARLES C. WISE et al., Appellants.

*Wood* v. *Wise,* 153 App. Div. 223, affirmed.
(Argued April 14, 1913; decided April 29, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 1, 1912, which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict in favor of plaintiffs and for a new